KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
HKING@KHPSLAW.COM
ANDRES E. MONSERRATE MILLS, ESQ., STATE BAR NO. 324991
AMONSERRATE@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE:   (310) 282-8989
FACSIMILE:   (310) 282-8903

Attorneys for Plaintiffs MARC CHAN, LEI LI, STRONG WEALTH LIMITED, and PACIFIC SMILE LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MARC CHAN, an individual; LEI LI, an individual; STRONG WEALTH LIMITED, a British Virgin Islands Company; PACIFIC SMILE LIMITED, a British Virgin Islands Company,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARCSOFT, INC., a California Corporation; MICHAEL DENG, an individual; DANIEL MACKEIGAN, an individual; TIMOTHY LIN, an individual; HUATAI UNITED SECURITIES COMPANY LIMITED, a China Corporation; BEIJING HUATAI NEW INDUSTRY GROWTH INVESTMENT FUND, a China Limited Partnership; SHENZHEN HUATAI RUILIN EQUITY INVESTMENT FUND PARTNERSHIP, a China Limited Partnership; WAVELET CAPITAL MANAGEMENT, LTD., a Hong Kong Corporation; and DOES 1-XX,<br><br>　　　　　　　Defendants. | CASE NO. 4:19-CV-05836 JSW<br><br>**REVISED NOTICE TO RESCHEDULE HEARING DATE ON MOTION FOR ORDER FURTHER EXTENDING TIME TO SERVE REMAINING NON-APPEARING FOREIGN DEFENDANTS**<br><br><u>**NEW RESERVATION DATE:**</u><br>　New Date:　May 29, 2020<br>　Time:　　　9:00 a.m.<br><br><u>OLD RESERVATION DATE:</u><br>　Old Date:　April 24, 2020<br>　Time:　　　9:00 a.m. |

///

///

///

6442/060/1554007.1

REVISED NOTICE TO RESCHEDULE HEARING DATE ON MOTION FOR ORDER FURTHER
EXTENDING TIME TO SERVE REMAINING NON-APPEARING FOREIGN DEFENDANTS
CASE NO. 4:19-CV-05836-JSW

**PLEASE TAKE NOTICE** that due to a scheduling conflict on the Court's calendar, the hearing on Plaintiffs' Motion for Order Further Extending Time to Serve Remaining Non-Appearing Foreign Defendants (Document 53) has been rescheduled from April 24, 2020 to May 29, 2020 at 9:00 a.m.

DATED: February 26, 2020

KING, HOLMES, PATERNO & SORIANO, LLP

By:   /s/ *Howard E. King*
HOWARD E. KING, ESQ.
ANDRES E. MONSERRATE MILLS, ESQ.
Attorneys for Plaintiffs MARC CHAN, LEI LI, STRONG WEALTH LIMITED, and PACIFIC SMILE LIMITED

KING, HOLMES, PATERNO & SORIANO, LLP

5442.060/1554007.1

2

REVISED NOTICE TO RESCHEDULE HEARING DATE ON MOTION FOR ORDER FURTHER EXTENDING TIME TO SERVE REMAINING NON-APPEARING FOREIGN DEFENDANTS
CASE NO. 4:19-CV-05836-JSW