UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CHAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARCSOFT, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-05836-JSW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER FURTHER EXTENDING TIME TO SERVE REMAINING NON-APPEARING DEFENDANTS**<br><br>Re: Dkt. No. 53 |

Now before the Court is Marc Chan, Lei Li, Strong Wealth Limited, and Pacific Smile Limited's "Plaintiffs") second motion to extend time to serve the remaining non-appearing defendants. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* Civil L.R. 7-1(b). The Court HEREBY GRANTS Plaintiff's motion.

On September 18, 2019, Plaintiffs filed their original complaint against Defendants ArcSoft, Inc. ("ArcSoft"), Michael Deng, Daniel MacKeigan, Timothy Lin, Huatai United Securities Company Limited, Beijing Huatai New Industry Growth Investment Fund, Shenzhen Huatai Ruilin Equity Investment Fund Partnership, and Wavelet Capital Management, Ltd. (Dkt. No. 1.) Plaintiffs filed a first amended complaint on January 2, 2020. (Dkt. No. 36.)

On December 17, 2019, Plaintiffs filed their first motion for an order extending time to serve the first amended complaint, which Plaintiffs were preparing to file, on the remaining defendants. On January 6, 2020, the Court granted Plaintiffs' motion and afforded Plaintiffs until February 28, 2020 to effect service. (Dkt. Nos. 33, 41.) To date, Plaintiffs have served the complaint and the first amended complaint on ArcSoft, Mr. Deng, and Mr. MacKeigan. (Dkt. Nos. 7, 8.) Plaintiffs have also explained that they have served Mr. Lin, but Plaintiffs have not yet

1 filed a proof of service.

2 As of this writing, two separate motions to dismiss the first amended complaint are pending. (Dkt. Nos. 44 and 46.) On February 25, 2020, Plaintiffs filed a motion to further extend time to serve the remaining non-appearing defendants. (Dkt. No. 53.) Plaintiffs need additional time to serve the remaining defendants because the defendants are not based in the United States, and Plaintiffs are complying with service requirements under the Hague Convention.

Mr. Deng and Arcsoft have filed a response to Plaintiffs' motion. In it, these defendants argue that Plaintiffs have not been diligent in attempting to serve the remaining defendants. Nonetheless, Mr. Deng and Arcsoft indicate, "in the interest of good faith and cooperation," that they do not oppose a "final" extension of the service deadline to June 1, 2020.

Given this stance, the Court need not reach Mr. Deng and Arcsoft's arguments that Plaintiffs have not shown good cause as to why they have been unable to effect service. The Court HEREBY GRANTS Plaintiffs' motion. Plaintiffs' deadline to serve the remaining defendants is HEREBY EXTENDED to June 1, 2020. The Court takes no position, at this time, as to whether this extension is the last one it will grant. Further, the Court HEREBY VACATES the motion to dismiss hearing set for May 29, 2019. The Court will set a hearing if it deems one is necessary. The Court agrees with Plaintiffs that the matter of when any newly-served defendants appear is better left to consideration when these as-yet unserved defendants have been served and when counsel is prepared to appear on their behalf.

**IT IS SO ORDERED.**

Dated: March 19, 2020

JEFFREY S. WHITE
United States District Judge

2