KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
HKING@KHPSLAW.COM
TOR R. BRAHAM, ESQ., STATE BAR NO. 108234
TBRAHAM@KHPSLAW.COM
JOHN G. SNOW, ESQ., STATE BAR NO. 280790
JSNOW@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiffs MARC CHAN, LEI LI, STRONG WEALTH LIMITED and PACIFIC SMILE LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARC CHAN, an individual; LEI LI, an individual; STRONG WEALTH LIMITED, a British Virgin Islands Company; PACIFIC SMILE LIMITED, a British Virgin Islands Company,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCSOFT, INC., a California Corporation; MICHAEL DENG, an individual; DANIEL MACKEIGAN, an individual; TIMOTHY LIN, an individual; HUATAI UNITED SECURITIES COMPANY LIMITED, a China Corporation; BEIJING HUATAI NEW INDUSTRY GROWTH INVESTMENT FUND, a China Limited Partnership; SHENZHEN HUATAI RUILIN EQUITY INVESTMENT FUND PARTNERSHIP, a China Limited Partnership; WAVELET CAPITAL MANAGEMENT, LTD., a Hong Kong Corporation; and DOES 1-XX,<br><br>Defendants. | CASE NO. 4:19-CV-05836 JSW<br><br>Hon. Jeffrey S. White, Ctrm 5<br>ORDER GRANTING **JOINT STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANT TIMOTHY LIN'S MOTION TO DISMISS UNDER LOCAL RULE 6-2** |

5442.060/1574478.1

Case No. 4:19-CV-05836 JSW
JOINT STIPULATION

Plaintiffs Marc Chan, Lei Li, Strong Wealth Limited, and Pacific Smile Limited ("Plaintiffs") and Defendant Timothy Lin ("Defendant Lin"), hereby stipulate and agree as follows:

**WHEREAS,** on March 25, 2020, Plaintiffs filed an affidavit of service attesting to Plaintiffs' service of the First Amended Complaint ("FAC") on Defendant Lin (ECF No. 65);

**WHEREAS,** Plaintiffs agreed to give Defendant Lin a 30-day extension on his deadline to respond to the FAC;

**WHEREAS,** on May 1, 2020, Defendant Lin filed a motion to dismiss the FAC (ECF No. 70);

**WHEREAS,** counsel for both Plaintiffs and Defendant Lin are facing logistical issues stemming from government shutdowns in their respective locations due to the COVID-19 pandemic;

**NOW, THEREFORE,** pursuant to Civil Local Rules 6-2 and 7-12, the undersigned parties hereby stipulate and agree, subject to Court approval, that:

1. Plaintiffs shall have until May 29, 2020, to file any Opposition to Defendant Lin's motion to dismiss the FAC;

2. Defendant Lin shall have until June 19, 2020, to file any Reply in support of the motion;

3. Defendant Lin's motion shall be heard on July 10, 2020, at 9:00 a.m. or on the Court's first available hearing date thereafter.

**IT IS SO STIPULATED.**

| | | | |
|---|---|---|---|
| 1 | DATED: | May 8, 2020 | KING, HOLMES, PATERNO & SORIANO, LLP |

By: */s/ Howard E. King*
  HOWARD E. KING
Attorneys for Plaintiffs MARC CHAN, LEI LI, STRONG WEALTH LIMITED and PACIFIC SMILE LIMITED

DATED: May 8, 2020

By: */s/ William K. Pao*
Seth Aronson
William K. Pao
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: saronson@omm.com
Email: wpao@omm.com

*Counsel for Defendants ArcSoft, Inc., Michael Deng, and Timothy Lin*

1 **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2  Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that the
3 concurrence in the filing of this document has been obtained from all signatories above.

4 DATED: May 8, 2020    KING, HOLMES, PATERNO & SORIANO, LLP

6  By: ___/s/ Howard E. King___
7    HOWARD E. KING
  Attorneys for Plaintiffs MARC CHAN, LEI LI,
8  STRONG WEALTH LIMITED and PACIFIC SMILE LIMITED

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation submitted by the Parties, and good cause appearing:

1. The Joint Stipulation is approved;

2. Plaintiffs shall have until May 29, 2020, to file any Opposition to Defendant Lin's motion to dismiss the FAC (ECF No. 70);

3. Defendant Lin shall have until June 19, 2020, to file any Reply in support of the motion;

4. Defendant Lin's motion shall be heard on July 10, 2020, at 9:00 a.m. or on the Court's first available hearing date thereafter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  May 11, 2020

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE