1  WILLIAM K. PAO (S.B. #252637)
   wpao@omm.com
2  BRITTANY ROGERS (S.B. #274432)
   brogers@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street 18th Floor
4  Los Angeles, California 90071-2899
   Telephone:   +1 213 430 6000
5  Facsimile:   +1 213 430 6407

6  Attorneys for Defendants ArcSoft, Inc. and Michael Deng

7  *Attorneys for Plaintiffs Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARC CHAN, an individual; LEI LI, an individual; STRONG WEALTH LIMITED, a British Virgin Islands Company; PACIFIC SMILE LIMITED, a British Virgin Islands Company,<br><br>Plaintiffs,<br><br>v.<br><br>ARCSOFT, INC., a California Corporation; MICHAEL DENG, an individual,<br><br>Defendants. | Case No. 4:19-cv-05836-JSW<br><br>**[PROPOSED] ORDER TO MODIFY SCHEDULING ORDER AND CASE MANAGEMENT DATES**<br><br>Place:  Courtroom 5, 2nd Floor<br>Judge:  Hon. Jeffrey S. White |

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation submitted by the Parties, and good cause appearing, orders as follows:

1. The Joint Stipulation is approved;

2. The depositions of witnesses Li Ngai, Chan Lan Fong, Liu Tung Wun, William Neidig, and Sean Bi may occur after the current deadline for non-expert discovery, so long as the depositions conclude by March 24, 2023;

3. Pursuant to Local Rule 37-3, motions related to discovery disputes encountered in connection with the depositions or testimony of witnesses Li Ngai, Chan Lan Fong, Liu Tung Wun, William Neidig, and Sean Bi may be filed on or before March 31, 2023;

4. The March 15, 2023 deadline for expert disclosure is extended by approximately six weeks through and including April 26, 2023;

5. The April 27, 2023 deadline for rebuttal disclosure is extended by approximately six weeks through and including June 8, 2023;

6. The May 26, 2023 deadline for expert discovery is extended by approximately six weeks through and including July 7, 2023;

7. The Friday, August 4, 2023 deadline to hear dispositive motions is extended by approximately six weeks to September 15, 2023;

8. The October 30, 2023, pretrial conference is continued by approximately six weeks to __December 11, 2023 at 2:00 p.m.__;

9. The November 22, 2023 date for jury selection is continued by approximately eight weeks to __January 17, 2024 at 8:00 a.m.__; and

1    10.   The November 27, 2023 jury trial, 5-8 days (estimated), is continued by
approximately eight weeks to ___January 22, 2024 at 8:00 a.m.___.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this __21st__ day of _____February_____, 2023.

_____
The Honorable Jeffrey S. White
United States District Judge