UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: November 3, 2023         **TIME IN COURT**: 1 hour, 1 minute

**JUDGE**: JEFFREY S. WHITE       **COURT REPORTER**: Pamela Hebel

**COURTROOM DEPUTY**: Ki'i Kealalio-Puli

**CASE NO.**: 19-cv-05836-JSW

**TITLE**: Marc Chan, et al. v. Arcsoft, Inc., et al.

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Howard King | William Pao |
| Tor Robert Braham | Daniel Tully |
| John Snow | |

**PROCEEDINGS**: Motion Hearing: Motion for Partial Summary Judgment (204)
　　　　　　　　　　　　Cross Motion for Partial Summary Judgment (210)
　　　　　　　　　　　　Motion to Exclude Report and Testimony (212)

**RESULTS**: Motion hearing held. Matters taken under submission. A written order to follow.