UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CHAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARCSOFT, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-05836-JSW<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD CONSIDER OBJECTIONS TO TESTIMONY OF MS. WENTING YU AND MR. WILLIAM NEIDIG**<br><br>Re: Dkt. No. 260 |

The Court's Standing Orders limit each side to five (5) motions *in limine*. Defendants submitted five motions *in limine*, and they did not request leave to file excess motions. Nevertheless, Defendants use over three pages of their pretrial brief arguing that the Court should exclude the testimony of Ms. Wenting Yu. Defendants also use their pretrial brief to provide the basis for their objection to the testimony of Mr. William Neidig, although they state that they "reserve that objection for trial."

Defendants effectively use their pretrial brief to submit additional motions *in limine* in violation of the Court's Standing Orders. Defendants are thus ORDERED TO SHOW CAUSE why the Court should consider their objections to the testimony of Ms. Yu and Mr. Neidig and why the Court should not impose sanctions. Defendants shall respond no later than December 4, 2023.

**IT IS SO ORDERED.**

Dated: November 30, 2023

_____
JEFFREY S. WHITE
United States District Judge